### 13888. HUNTER v. THE STATE.

LUKE, J. The conviction of the defendant being dependent upon the evidence of accomplices, and there being no corroborating circumstances which in themselves and independently of the testimony of the accomplices directly connected him with the crime, it was error to overrule his

motion for a new trial. See *Baker* v. *State*, 14 *Ga. App.* 578 (4) (81 S. E. 369), and cases cited.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*
Decided December 12, 1922.

Indictment for larceny of cotton; from Spalding superior court — Judge Searcy. July 15, 1922.

*J. A. Darsey, J. J. Flynt,* for plaintiff in error.

*E. M. Owen, solicitor-general, W. H. Beck, W. H. Conner,* contra.

